IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NEATON AUTO PRODUCTS
MANUFACTURING, INC.,

    Plaintiff,

vs.

Case No. 3:19cv36

THERMOLD CORPORATION,

JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING PLAINTIFF'S MOTION FOR AN ORDER OF POSSESSION AND/OR A TEMPORARY RESTRAINING ORDER (DOC. #2) MOOT AND, THEREFORE, NOT RULED UPON; REMAINING ISSUES SET FORTH; MATTER RETURNED TO JUDGE THOMAS M. ROSE

---

The captioned cause came on to be heard, on Monday, February 11, 2019, on Plaintiff's request for an emergency order of possession and/or alternatively, for a temporary restraining order (Doc. #2). Given that Defendant had agreed to turn the property in question over to Plaintiff no later than noon on the aforesaid February 11, 2019, the Plaintiff's above-referenced motions are deemed moot and, therefore, will not be ruled upon.

Plaintiff's counsel indicated that there exists no need for preliminary injunctive relief in this matter. Moreover, the remaining issues, involving the question of damages, will, undoubtedly, be heard by an arbitrator, pursuant to the business arrangement between the parties.

The captioned cause is returned to the docket of Judge Thomas M. Rose.

March 12, 2019

                                          WALTER H. RICE
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record